RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/15/13
BY Dm

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| JOE NATHAN TUBBS<br>LA. DOC #68556<br>VS. | CIVIL ACTION NO. 5:70-cv-15402<br><br>SECTION P<br><br>JUDGE TOM STAGG |
| WARDEN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Joe Nathan Tubbs' Motion for Appeal [Doc 2] and his Motion for Relief from Judgment [Doc. 3] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15th day of August, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE