# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| JOE NATHAN TUBBS<br>LA. DOC #68556 | CIVIL ACTION NO. 5:70-15402 |
| | SECTION P |
| versus | |
| | JUDGE TOM STAGG |
| WARDEN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

Before the court are objections to the magistrate judge's Report and Recommendation filed by the plaintiff, Joe Nathan Tubbs ("Tubbs"). See Record Document 9. Following the filing of the Report and Recommendation, Tubbs filed a memorandum entitled "Addendum Argument To Assignment Of Error," which this court considered as his objection. See Record Document 7. Therefore, the court entered judgment. See Record Document 8. Thereafter, however, Tubbs filed a document entitled "Objection To The Magistrate's Report And Recommendation." Record Document 9. Accordingly, the court withdrew the judgment entered on August 15, 2013, and allowed the time for filing objections to expire. See Record Document 8. Having now reconsidered the Report and Recommendation, along with all of the filings made thereafter by the plaintiff, the court reaches the same result. Therefore,

for the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Joe Nathan Tubbs's Motion for Appeal (Record Document 2) and his Motion For Relief from Judgment (Record Document 3) be **DENIED**.

**THUS DONE AND SIGNED** in chambers at Shreveport, Louisiana, on this 10th day of September, 2013.

_____
JUDGE TOM STAGG